**2014–0235. Hillenmeyer v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2009–3688. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the motion for admission pro hac vice of Ryan P. McManus, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–0292. Saturday v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2011–4027. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the motion for admission pro hac vice of Ryan P. McManus, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–1123. State ex rel. Lucas Cty. Republican Party Executive Commt. v. Husted.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's motion to redact personally identifying information, it is ordered by the court that the motion is granted. Relator shall come to the Supreme Court of Ohio clerk's office and redact all personal identifiers, as defined by Sup.R. 44(H) and S.Ct.Prac.R. 3.12, from the evidence within 14 days of the date of this entry.

**2014–1230. State v. Thompson.**
Madison App. No. CA2014–04–010. This cause is pending before the court as an appeal from the Court of Appeals for Madison County.

Upon consideration of appellant's motion for appointment of counsel, it is ordered by the court that the motion is granted, and Steven A. Goldmeier of the Ohio Public Defender's Office is appointed to represent appellant.

**2014–1293. Lundin v. Niepsuj.**
Summit App. No. 26015, 2014-Ohio-1212. This cause came for further consideration upon the filing of appellant's motion to immediately remand and motion to remand errata sheet. It is ordered by the court that the motions are denied as moot.

**2014–1602. State v. Miller.**
Warren App. No. CA2013–06–057, 2014-Ohio-5093. This cause came on for further consideration upon the filing of appellant's motion for the Supreme Court to grant an Ohio public defender to this matter. It is ordered by the court that the motion is denied.